# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

     VS                                                    CASE NO.  1:98-CR-19-15 MMP

WILLIAM L. ATTEBERRY

## FINANCIAL REFERRAL AND ORDER

Regarding release of funds for: __ Fine, __ Restitution, __ Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, _X_ Other (Specify) __Costs of Supervision__

By: _____William L. Atteberry_____ (Payee)
Address: 2994 Covewood Place
              Clearwater, FL 33761

Receipt Number __400-109546_____ Date of Receipt _____1/11/06_____

Motion: N/A

Explanation: William Atteberry was ordered to pay a $100.00 SMA, a $25,000 fine and $9,118.44 for cost of supervision.  Mr. Atteberry has paid the SMA and fine in full, as well as, $912.58 in interest.  Mr. Atteberry paid $9,418.44 toward cost of supervision resulting in an overpayment of $300.00. Requesting authorization to refund the $300.00 overpayment.

WILLIAM M. McCOOL, Clerk of Court

Prepared by: ____*s/Philip Detweiler*_____
                Philip Detweiler, Financial Specialist         Date:  January 27, 2006

Referred by: _____,Deputy Clerk

## ORDER OF COURT

It is ORDERED this __21st__ day of __February_____, 2006, that the Clerk refund the identified funds to the payee.

                                                          s/Maurice M. Paul

                                                          MAURICE M. PAUL
                                        SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99